UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILERON INVESTMENT
MANAGEMENT, LLC, a Florida
limited liability company,

    Plaintiff,

CASE NO.: 8:21-cv-00146

v.

AMERICAN LENDING CENTER,
LLC, a California limited liability
company,

    Defendant,
_____/

## DEFENDANT'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Defendant, American Lending Center, LLC ("**ALC**"), under Federal Rule of Civil Procedure 5.2 and Local Rule 1.11(d), moves the Court to maintain under seal the two exhibits attached to its Motion for Leave Serve Supplemental Expert Report: (1) Exhibit "A," the Supplemental Expert Report of Kenneth Mathieu dated January 7, 2022; and (2) Exhibit "C," certain portions of the transcripts of the deposition of Robert K. Beard, corporate representative of Plaintiff, Aileron Investment Management, LLC ("**AIM**"), dated December 2, 2021. Each of these exhibits discuss the settlement agreements for prior litigation in which AIM was involved. While ALC does not believe these exhibits, or the settlement agreements referenced in them, are

confidential and, therefore, should not be sealed, ALC submits it in this manner because AIM designated the settlement agreements as "Attorneys' Eyes Only" under the parties' agreed protective order. ALC submits these exhibits to the Court under seal so that AIM can present its arguments for maintaining the confidentiality of the settlement agreements and the exhibits that discuss them.

WHEREFORE, ALC requests that the Court maintain under seal the Exhibits "A" and "C" to its Motion for Leave to Serve Supplemental Report, and grant it all other appropriate relief.

QUARLES & BRADY LLP

*/s/ Jacob V. Bradley*
Benjamin B. Brown, Esq.
Florida Bar No. 13290
Benjamin.Brown@quarles.com
1395 Panther Lane, Suite 300
Naples, FL 34109-7874
Telephone: (239)659-5026

Jacob Bradley, Esq.
Admitted Pro Hac Vice
Jacob.bradley@quarles.com
135 Pennsylvania Street, Suite 2400
Indianapolis, IN 46204-4404
Telephone: (317) 399-2884

Julia M. Wischmeier, Esq.
Florida Bar No. 1011604
Julia.wischmeier@quarles.com
101 E. Kennedy Blvd., Suite 3400
Tampa, FL 33602

Telephone: (813)384-6726
*Attorneys for Defendant, American Lending Center, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Robert L. Rocke, Esq.
rrocke@rmslegal.com
Jonathan B. Sbar, Esq.
jsbar@rmslegal.com
Andrea K. Holder, Esq.
aholder@rmslegal.com
ROCKE, MCLEAN & SBAR, PA
2309 S. MacDill Ave.
Tampa, FL 33629
*Attorneys for Plaintiff*

                                                                */s/Jacob V. Bradley*
                                                                 Attorney