UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILERON INVESTMENT
MANAGEMENT, LLC, a Florida
limited liability company,

    Plaintiff,

v.

AMERICAN LENDING CENTER,
LLC, a California limited liability
company,

    Defendant,
_____/

CASE NO.: 8:21-cv-00146

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff, Aileron Investment Management, LLC, and Defendant, American Lending Center, LLC (together, the "parties"), provide notice that they have reached an agreement in principle to settle all claims between them. The parties require 75 days to consummate the transaction contemplated in their settlement agreement. The parties therefore request that the Court stay this action for 75 days and remove it from the trial docket.

Upon consummation of the transaction contemplated by their settlement, the parties will file an appropriate stipulation of dismissal, with prejudice, with each party to bear its own fees and costs. The parties will promptly notify the Court if they are unable to consummate the contemplated transaction.

| | |
|---|---|
| /s/ *Jonathan B. Sbar* | /s/ *Julia M. Wischmeier* |
| Robert L. Rocke, Esq. (FBN 710342) | QUARLES & BRADY LLP |
| Email: rrocke@rmslegal.com | Benjamin B. Brown, Esq. |
| Secondary: mlamoureaux@rmslegal.com | Florida Bar No. 13290 |
| Jonathan B. Sbar, Esq. (FBN 131016) | Benjamin.Brown@quarles.com |
| Email: jsbar@rmslegal.com | 1395 Panther Lane, Suite 300 |
| Secondary: mlamoureaux@rmslegal.com | Naples, FL 34109-7874 |
| Andrea K. Holder, Esq. (FBN 104756) | Telephone: (239)659-5026 |
| Email: aholder@rmslegal.com | |
| Secondary: lknox@rmslegal.com | Jacob Bradley, Esq. |
| ROCKE, MCLEAN & SBAR, PA | Admitted Pro Hac Vice |
| 2309 S. MacDill Ave. | Jacob.bradley@quarles.com |
| Tampa, FL 33629 | 135 Pennsylvania Street, Suite 2400 |
| Ph: (813) 769-5600 | Indianapolis, IN 46204-4404 |
| Fax: (813) 769-5601 | Telephone: (317) 399-2884 |
| *Attorneys for Plaintiff* | |
| | Julia M. Wischmeier, Esq. |
| | Florida Bar No. 1011604 |
| | Julia.wischmeier@quarles.com |
| | 101 E. Kennedy Blvd., Suite 3400 |
| | Tampa, FL 33602 |
| | Telephone: (813)384-6726 |
| | *Attorneys for Defendant, American Lending Center, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Robert L. Rocke, Esq.
rrocke@rmslegal.com
Jonathan B. Sbar, Esq.
jsbar@rmslegal.com
Andrea K. Holder, Esq.
aholder@rmslegal.com
ROCKE, MCLEAN & SBAR, PA

2

2309 S. MacDill Ave.
Tampa, FL 33629
*Attorneys for Plaintiff*

                                          */s/ Julia M. Wischmeier*
                                          Attorney