## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**AILERON INVESTMENT MANAGEMENT, LLC,**

      **Plaintiff,**

**v.**                                                      **Case No: 8:21-cv-146-MSS-AAS**

**AMERICAN LENDING CENTER, LLC,**

      **Defendant.**

_____

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Upon review of the Parties' Notice of Settlement and Request for Stay, (Dkt. 201), filed on July 8, 2022, it is hereby **ORDERED** pursuant to Local Rule 3.09 of the United States District Court for the Middle District of Florida, that the case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within seventy-five (75) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, upon **good cause shown**. After the seventy-five (75)-day period, the dismissal shall be with prejudice. The **Clerk** is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 11th day of July, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person