UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILERON INVESTMENT
MANAGEMENT, LLC, a Florida
limited liability company,

                                             CASE NO.: 8:21-cv-00146

        Plaintiff,

v.

AMERICAN LENDING CENTER,
LLC, a California limited liability
company,

        Defendant,

_____/

## <u>STIPULATION OF DISMISSAL</u>

Plaintiff, Aileron Investment Management, LLC, and Defendant, American Lending Center, LLC, each by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal of the entirety of this matter, with prejudice, each party to bear its own attorneys' fees and costs.

/s/ Jonathan B. Sbar
Robert L. Rocke, Esq. (FBN 710342)
Email: rrocke@rmslegal.com
Secondary: mlamoureaux@rmslegal.com
Jonathan B. Sbar, Esq. (FBN 131016)
Email: jsbar@rmslegal.com
Secondary: mlamoureaux@rmslegal.com
Andrea K. Holder, Esq. (FBN 104756)
Email: aholder@rmslegal.com
Secondary: lknox@rmslegal.com
ROCKE, MCLEAN & SBAR, PA
2309 S. MacDill Ave.

/s/ Julia M. Wischmeier
QUARLES & BRADY LLP
Benjamin B. Brown, Esq.
Florida Bar No. 13290
Benjamin.Brown@quarles.com
1395 Panther Lane, Suite 300
Naples, FL 34109-7874
Telephone: (239)659-5026

Jacob Bradley, Esq.
Admitted Pro Hac Vice
Jacob.bradley@quarles.com

Tampa, FL 33629
Ph: (813) 769-5600
Fax: (813) 769-5601
*Attorneys for Plaintiff*

135 Pennsylvania Street, Suite 2400
Indianapolis, IN 46204-4404
Telephone: (317) 399-2884

Julia M. Wischmeier, Esq.
Florida Bar No. 1011604
Julia.wischmeier@quarles.com
101 E. Kennedy Blvd., Suite 3400
Tampa, FL 33602
Telephone: (813)384-6726
*Attorneys for Defendant, American
Lending Center, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October 2022, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system which

will send a Notice of Electronic Filing to the following counsel of record:

Robert L. Rocke, Esq.
rrocke@rmslegal.com
Jonathan B. Sbar, Esq.
jsbar@rmslegal.com
Andrea K. Holder, Esq.
aholder@rmslegal.com
ROCKE, MCLEAN & SBAR, PA
2309 S. MacDill Ave.
Tampa, FL 33629
*Attorneys for Plaintiff*

*/s/ Julia M. Wischmeier*
Attorney

2