UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILERON INVESTMENT
MANAGEMENT, LLC,

    Plaintiff,

v.                              Case No: 8:21-cv-146-MSS-AAS

AMERICAN LENDING CENTER,
LLC,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Dismissal with Prejudice, (Dkt. 207) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 7th day of October, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party